RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 31 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015

Abel Acosta, Clerk

82,865-03

Court of Criminal Appeals

June 22, 2015

Re: Cause No. 1412043-C
Anthony G. Nash
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Tx 78542

VIA U.S. Mail

Greetings:
   Please allow this to serve as My good faith to be true and correct Statements in CAUSE NO: 1412043-C bring to the attention of the courts that CAUSE NO: 1412043-C is completely silent.

Beverly Backers and Clint Davidson failed to include in their affidavits that Shirley Miles showed-up at the Jan 6, 2014 and May 1, 2014 hearing and made it clear that she would not pursue the charge.

Mr. Nash did not really understand what he was up against when he signed for the probation, on Jan 6, 2014. His thoughts were on getting back home raising his children

and keeping his job to support his family.

Mr. Nash's lawyers knew because he explained in detail that he had not assaulted Mrs. Miles with a knife. Mr. Nash and Mrs. Miles explained in detail to both counselors that Mr. Nash did not commit the crime he is being charged with.

Mr. Nash knows that the Honorable 351 court knew that Mr. Nash did not commit this charged and the court could not accept his No Contest Plea.

Mr. Nash is inquiring about the fact that he received a 12 year sentence for a 2nd degree felony when the evidence doesn't support the case or such a lengthy sentence.

Unsworn Declaration By Inmate

I Anthony Glenn Nash being presently incarcerated in the Texas

Dept of Criminal Justice, Lopez State Jail, Hidalgo County declare under penalty of perjury that the above and foregoing is true and correct to the best of my ablity.

Your prompt attention to this matter would be greatly appreciated

Respectfully Submitted

Anthony G. Nash